## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**NANCY SMITH,**                                          **CIVIL ACTION**
    **Plaintiff**

**VERSUS**                                                **NO.  17-7267**

**BOARD OF COMMISSIONERS OF THE**                         **SECTION: "E" (1)**
**LOUISIANA STADIUM AND EXPOSITION**
**DISTRICT, ET AL.,**
    **Defendants**

### ORDER

Before the Court is a motion for summary judgment, filed by Defendants the Louisiana Stadium and Exposition District ("LSED"), Kyle France, in his official capacity as Chairman of the Board of the LSED, and SMG.[1] The motion is opposed.[2] In this order, the Court addresses only whether the LSED and France are entitled to sovereign immunity on Plaintiff Nancy Smith's claims for damages and injunctive relief under Title II of the Americans with Disabilities Act.

The Court finds the LSED is entitled to sovereign immunity on Plaintiff's claims against it for damages and injunctive relief. The Court finds France is entitled to sovereign immunity on Plaintiff's claims against him for damages. The Court will issue a separate Order and Reasons explaining its reasoning.

Accordingly;

**IT IS ORDERED** that the motion for summary judgment, filed by Defendants SMG, the Louisiana Stadium and Exposition District, and Kyle France, in his official

---

[1] R. Doc. 45. In the Amended Complaint, Plaintiff named the Board of Commissioners of the Louisiana Stadium and Exposition District as a defendant based on her belief that the Board owned the Mercedes-Benz Superdome. R. Doc. 5. The Court granted her motion to substitute the Louisiana Stadium and Exposition District as a defendant in place of the Board of Commissioners of the Louisiana Stadium and Exposition District. R. Doc. 82. The motion for summary judgment actually was filed on behalf of the LSED and France.
[2] R. Doc. 59.

capacity as Chairman of the Board of Commissioners of the Louisiana Stadium and Exposition District, be and hereby is **GRANTED IN PART**.[3] Judgment is entered in favor of the Louisiana Stadium and Exposition District with respect to the claims against it for damages and injunctive relief and in favor of France with respect to the claims against him for damages.

   **New Orleans, Louisiana, this 6th day of March, 2019.**

                                    _____
                                       **SUSIE MORGAN**
                              **UNITED STATES DISTRICT JUDGE**

---

[3] R. Doc. 45.