MINUTE ENTRY
MORGAN, J.
MARCH 11, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NANCY SMITH | CIVIL ACTION |
| VERSUS | NO. 17-7267 |
| BOARD OF COMMISSIONERS OF THE LOUISIANA STADIUM AND EXPOSITION DISTRICT, ET AL. | SECTION "E" (2) |

JUDGE SUSIE MORGAN, PRESIDING

**MONDAY, MARCH 11, 2019 (8:59 a.m. – 1:36 p.m.)**

COURTROOM DEPUTY: Brad Newell
COURT REPORTER: Mary Thompson

APPEARANCES: Andrew D. Bizer for the Plaintiff

Christopher N. Walters and Angela J. O'Brien for the Defendants

**BENCH TRIAL**

Present and ready.

Sequestration order given by the Court.

Exhibits 1-12 and 15 were admitted into evidence by the Court.

> Witnesses called by the plaintiff and placed under oath:
> Nancy Smith;
> Braeden Smith;

Plaintiff rests.

> Motion on behalf of Defendants for Judgment as a Matter of Law: The Court **DEFERRED** ruling on the Defendants' motion.

    Witnesses called by the defendant and placed under oath:
    Brian Brunet;
    Laurie Ducros;

Court recessed at 11:15 a.m. and resumed at 1:00 p.m.

    Testimony of Laurie Ducros resumed;

    Re-urged motion on behalf of <u>Defendants</u> for <u>Judgment as a Matter of Law</u>: The Court took the Defendants' motion **UNDER ADVISEMENT**.

Defendants rest.

Court adjourned at 1:36 p.m.

JS-10: 02:52