UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-------------------------------------------------------x
NANCY SMITH,                                           :
an individual,                                         :
                                                       :
           Plaintiff,                                  :      CASE NO: 2:17-cv-7267-SM-JCW
                                                       :
vs.                                                    :      JUDGE SUSIE MORGAN
                                                       :
                                                       :      MAGISTRATE JOSEPH C. WILKINSON
BOARD OF COMMISSIONERS OF THE                          :
LOUISIANA STADIUM AND                                  :
EXPOSITION DISTRICT, as the political                  :
entity which owns the Superdome;                       :
KYLE FRANCE, in his official capacity as               :
chief executive of the BOARD OF                        :
COMMISSIONERS OF THE LOUISIANA                         :
STADIUM AND EXPOSITION DISTRICT;                       :
and SMG                                                :
                                                       :
           Defendants                                  :
-------------------------------------------------------x
```

**PLAINTIFF'S MOTION TO FIX ATTORNEYS' FEES,
COSTS, AND OTHER LITIGATION EXPENSES**

Plaintiff, Nancy Smith, by and through undersigned counsel, files this Motion to Fix Attorneys' Fees, Costs, and Other Litigation Expenses, pursuant to Rec. Doc. 97 and 42 U.S.C. § 12205. For all of the reasons provided in Plaintiff's memorandum in support (filed concurrently herewith), Plaintiff respectfully requests that the Court order the Defendants, SMG and Kyle France, in his official capacity as Chairman of the Board of Commissioners of the Louisiana Stadium and Exposition District, to pay Plaintiff $141,278.00 in attorneys' fees and $1,307.75 in costs and expenses.

Respectfully Submitted,

**BIZER & DEREUS**
Attorneys for Plaintiff
Andrew D. Bizer (LA # 30396)

        andrew@bizerlaw.com
        Garret S. DeReus (LA # 35105)
        gdereus@bizerlaw.com
        3319 St. Claude Ave.
        New Orleans, LA 70117
        T: 504-619-9999; F: 504-948-9996

By: /s/ Andrew D. Bizer
     ANDREW D. BIZER

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record on May 22, 2018, by EFC filing.

By: /s/ Andrew D. Bizer
     ANDREW D. BIZER