UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

-------------------------------------------------------x
NANCY SMITH,
an individual,

Plaintiff,

vs.

BOARD OF COMMISSIONERS OF THE
LOUISIANA STADIUM AND
EXPOSITION DISTRICT, as the political
entity which owns the Superdome;
KYLE FRANCE, in his official capacity as
chief executive of the BOARD OF
COMMISSIONERS OF THE LOUISIANA
STADIUM AND EXPOSITION DISTRICT;
and SMG

Defendants
-------------------------------------------------------x

CASE NO: 2:17-cv-7267-SM-JCW

JUDGE MORGAN

MAGISTRATE CURRAULT

## ORDER

Considering Plaintiff's *Ex Parte* Motion for Leave to File Reply to Defendants' Opposition to Plaintiff's Second Motion to Determine Attorneys' Fees, and the good cause stated therein, Plaintiff's Motion is hereby GRANTED. Plaintiff's attached Reply Memorandum shall be entered into the record accordingly.

SO ORDERED,

This __26th__ day of April, 2021, New Orleans, Louisiana.

UNITED STATES MAGISTRATE JUDGE